# MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

February 9, 2022

By ECF
Honorable Valerie E. Caproni
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY  10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/9/2022

Re:   **United States v. Sandy Castillo**
       **17 Cr. 438 (VEC)**

Dear Judge Caproni:

Pursuant to the Criminal Justice Act, I was assigned to represent Sandy Castillo on or about July 26, 2017. At the time, Mr. Castillo was "writted-in" from NYS custody on an unrelated, pending assault matter. Castillo ultimately pled guilty on the federal case and was sentenced on August 30, 2018 to serve a 60-month term of imprisonment. (See Judgment in a Criminal Case, Doc. #347). Shortly thereafter, Mr. Castillo was sentenced on the NYS matter to serve 5-years to run *concurrently* with the already imposed federal sentence.

Counsel was recently notified that it appears that despite the clear intent of the NYS sentencing court, the Bureau of Prisons has interpreted Castillo's sentence to be 10-years rather than five. Accordingly, in the first instance, I write now to respectfully request that the Court reassign me as CJA counsel as of January 13, 2022, so that I can investigate the matter further and see what, if any, action needs to be taken to effectuate the intent of both sentencing Courts.

Thank you.

Respectfully Submitted,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

cc:    United States Attorney, SDNY by ECF

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*   2/9/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE