```
                                              ┌─────────────────────────────┐
                                              │ USDC SDNY                   │
UNITED STATES DISTRICT COURT                  │ DOCUMENT                    │
SOUTHERN DISTRICT OF NEW YORK                 │ ELECTRONICALLY FILED        │
                                          :   │ DOC #:_____ │
UNITED STATES OF AMERICA,                 :   │ DATE FILED: 5/11/2022       │
                                          :   └─────────────────────────────┘
                 vs.                      :
                                          :   17 Cr. 438 (VEC)
SANDY CASTILLO,                           :
                                          :   ORDER
                 Defendant.               :
                                          :
                                          :
```

VALERIE E. CAPRONI, United States District Court Judge:

On August 30, 2018, this Court committed SANDY CASTILLO (79357-054) on the above-referenced Indictment to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of Sixty (60) months.

On September 5, 2018, Mr. Castillo was sentenced in New York County Supreme Court on case #2519/2017 to serve five (5) years in custody, to run *concurrent* with the above-mentioned 60-month federal sentence.

Now, good cause having been shown, the Court hereby recommends that the Bureau of Prisons run the above-referenced federal sentence concurrent with the 5-year New York State sentence imposed under #2519/2017.

**SO ORDERED.**

Dated: New York, NY
       May  11  , 2022

_____
HON. VALERIE E. CAPRONI
United States District Judge